IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL INGRAM, GILBERT ROUSE, TONI BOYDEN, SHIRLEY MCDONALD, DANIEL ANCKNER, ROBERT WILLIAMS, NISHA FLOWERS, KEITH HOSTON, RAPHEAL SCOTT, LAVAR BAGLEY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTERHEALTH NUTRACEUTICALS INCORPORATED, IOVATE HEALTH SCIENCES USA, INC., IOVATE HEALTH SCIENCES, INC., IOVATE HEALTH SCIENCES RESEARCH, INC., IOVATE HEALTH SCIENCES GROUP, INC. N/K/A KERR INVESTMENT HOLDING CORP, IOVATE HEALTH SCIENCES INTERNATIONAL, INC., MUSCLETECH RESEARCH AND DEVELOPMENT, INC., VITAQUEST INTERNATIONAL, LLC, GARDEN STATE NUTRITIONALS, INC., HVL INCORPORATED, HVL LLC, BACTOLAC PHARMACEUTICAL INC., GNC CORPORATION, GENERAL NUTRITION CENTERS, INC., WAL-MART STORES, INC., RITE AID CORPORATION, CVS PHARMACY, INC, CVS RX SERVICES, INC. WALGREENS CO., AND VITAMIN WORLD, INC.,<br><br>　　　　Defendants.<br>_____ | 2:12-cv-00983-GEB-JFM<br><br><u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

　　　　The April 13, 2012 Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case on August 6, 2012, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. The April 13,

1

1  2012 Order further required that a status report be filed regardless of
2  whether a joint report could be procured. No status report was filed as
3  ordered.
4         Therefore, Plaintiffs are Ordered to Show Cause ("OSC") in a
5  writing to be filed no later than August 6, 2012, why sanctions should
6  not be imposed against them and/or their counsel under Rule 16(f) of the
7  Federal Rules of Civil Procedure for failure to file a timely status
8  report. The written response shall also state whether Plaintiffs or
9  their counsel are at fault, and whether a hearing is requested on the
10 OSC.[1] If a hearing is requested, it will be held on October 1, 2012, at
11 9:00 a.m., just prior to the status conference, which is rescheduled to
12 that date and time. A joint status report shall be filed no later than
13 fourteen (14) days prior to the status conference.
14         IT IS SO ORDERED.

Dated: July 30, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).